■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE FRANCIS, Also Known as FRANCIS LAWRENCE, Appellant. [6 NYS3d 485]—Judgment, Supreme Court, Bronx County (Margaret Clancy, J., at plea; Ann M. Donnelly, J., at sentencing), rendered October 2, 2012, convicting defendant, upon his plea of guilty, of robbery in the first and third degrees, and sentencing him to an aggregate term of seven years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Acosta, Richter and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL ZULLO, Appellant. [6 NYS3d 486]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Larry Stephen, J.), rendered on or about February 14, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Acosta, Richter and Gische, JJ.